**Order entered April 11, 2022**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01014-CV

**ADA RENEE LAWRENCE, INDIVIDUALLY, AND ADA RENEE LAWRENCE, AS NEXT FRIEND OF M.W., A MINOR, C.C., A MINOR, J.C., A MINOR AND Z.C., A MINOR, Appellants**

**V.**

**STEWART CREEK VILLAS LP, CAPSTONE REAL ESTATE SERVICES, INC., RESTOPROS, INC., SONGHAI DEVELOPEMENT COMPANY, L.L.C. AND CHERNO NJIE, Appellees**

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-04308-2016

### ORDER

Before the Court is appellants' fourth request to extend the abatement order in this appeal another sixty days for the trial court to conduct a hearing with the appointed ad litem representing the minor's interest in the settlement discussions of the underlying case.

We **GRANT** appellants' request and **ABATE** these proceeding for another sixty days from the date of this order or until a motion for appellants to reinstate or dismiss the appeal is filed, whichever comes first.

/s/   DAVID J. SCHENCK
PRESIDING JUSTICE